United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE VIGIL,<br><br>   Plaintiff,<br><br> v.<br><br>HYATT CORPORATION, et al.,<br><br>   Defendants. | Case No. 22-cv-00693-HSG<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 34 |
| JOE VIGIL,<br><br>   Plaintiff,<br><br> v.<br><br>HYATT CORPORATION, et al.,<br><br>   Defendants. | |

Having reviewed the parties' stipulation regarding consolidation, Dkt. No, 34, the Court **GRANTS** the stipulation and consolidates *Vigil v. Hyatt Corporation*, Case No. 22-cv-00693-HSG, and *Vigil v. Hyatt Corporation*, 22-cv-02216-HSG, for all purposes, including trial. All future filings shall be made in Case No. 4:22-cv-00693-HSG. The Clerk is directed to administratively close the later-filed civil action, Case No. 22-cv-2216-HSG. The Clerk is further directed to e-file a copy of this order in Case No. 22-cv-2216-HSG.

//

//

//

//

//

1
2
3

The Court notes that the parties filed the first amended consolidated complaint before this order was filed and the cases were actually consolidated.  *See* Dkt. No. 35.  Nevertheless, because the case caption will remain the same, the Court accepts Dkt. No. 35 as the operative complaint.

**IT IS SO ORDERED.**

Dated: 7/27/2022

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge

2